IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISON

| | |
|---|---|
| ROBERT DAVID GILLESPIE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-059 |
| ) | |
| LT. S. YOUNG; DEPUTY SMITH; ) | |
| DEPUTY MILLER; DEP. JAMES ) | |
| MAPLE, JR.; DEPUTY MELISSA ) | |
| REYNOLDS; STAFF SGT. HUGH ) | |
| WILLIAMS; SHERIFF CLAY ) | |
| WHITTLE; and DEPUTY MOSLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 27th day of June, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA