IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT DAVID GILLESPIE, )
)
    Plaintiff- Appellant, )
)
) CASE NO.  1:24-cv-59
)
V. )
)
) Appeal No. 24-12199-F
LT. S. YOUNG et al., )
)
    Defendants - Appellees. )

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ____8th____ day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA